**Order entered February 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00514-CR

**ERIC ROMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-61709-M**

## ORDER

Before the Court is appellant's February 1, 2019 motion requesting an extension of time to file his pro se response to counsel's motion to withdraw and accompanying *Anders* brief. We **GRANT** the motion and extend the time to file appellant's pro se response to **March 1, 2019.**

We **DIRECT** the Clerk to transmit a copy of this order, by electronic transmission, to counsel for appellant and the State. We **FURTHER DIRECT** the Clerk to transmit a copy of this order, by first class mail, to Eric Romo; TDCJ # 02197622; Eastham Unit; 2665 Prison Road # 1; Lovelady, Texas 75851.

/s/  BILL PEDERSEN, III
   JUSTICE